SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

AUG  2  2005

J. T. NOBLIN, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MICHAEL MUSCOLINO                                          PETITIONER

VS.                                        CIVIL ACTION NO. 4:02CV434LN

DAVID TURNER and MIKE MOORE                                RESPONDENTS

---

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause on or about June 27, 2005, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the _2nd_ day of _August_, 2005.

_____
UNITED STATES DISTRICT JUDGE